UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SAMER MOHAMED EL AMIN SHALABY,

        Plaintiff,                      **ECF CASE**

    v.                                 07 Civ. 9885 (DLC)

U.S. CITIZENSHIP & IMMIGRATION
SERVICES, et al.,
                                      NOTICE OF APPEARANCE

        Defendants.
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         November 29, 2007

                                                                Respectfully submitted,

                                                                MICHAEL J. GARCIA
                                                                 United States Attorney for the
                                                                 Southern District of New York

                                 By:    /s/_____
                                                               SHANE P. CARGO
                                                               Assistant United States Attorney
                                                               86 Chambers Street, 3rd Floor
                                                               New York, New York 10007
                                                               Telephone: (212) 637-2711
                                                               Facsimile: (212) 637-2786
                                                               Email: shane.cargo@usdoj.gov

TO:    Rakhel Speyer Milstein, Esq.
         200 West 57th Street
         New York, NY 10019