UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Samer Mohamed El Amin SHALABY
(A077 552 144)
    Plaintiff,

V.

U.S. Citizenship & Immigration Service, et al.
    Defendant.

---

07 Civ. 9885 DLC
**ORDER TO SHOW CAUSE**
**FOR DEFAULT JUDGMENT**

*[Handwritten annotation: This OTSC having been presented on 2/21/08, and the parties having been heard at a conference on 2/22/08, a separate scheduling order shall schedule the filing of a motion to dismiss. /s/ Denise Cote]*

Upon the affidavit of Rakhel Speyer Milstein, Esq., sworn to the 12th day of ~~February~~ *February 22*, 2008, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 11B, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _____, _____, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rules 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York for entry of a default judgment against defendant; and it is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a default judgment, pursuant to Rule 55.1 and 55.2(a), Fed. R. Civ. P., that the plaintiff has set forth sufficient grounds for the relief sought.

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant of his counsel on or before _____ o'clock in the ____ noon,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

_____ \_\_\_\_\_, _____, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _____ M

_____
United States District Judge