UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
:
SAMER MOHAMED EL AMIN SHALABY         :    07 CIV. 9885 (DLC)
                                      :
            Petitioner,               :    PRETRIAL
                                      :    SCHEDULING ORDER
      -v-                             :
                                      :
U.S. CITIZENSHIP & IMMIGRATION SERVICE,:
OFFICE OF U.S. ATTORNEY, NEW YORK     :
DISTRICT, U.S. ATTORNEY GENERAL,      :
FEDERAL BUREAU OF INVESTIGATION,      :
                                      :
            Respondents.              :
                                      :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/08

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on February 22, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

The following motion will be served by the dates indicated below.

    Respondents' motion to dismiss

- Motion served by **April 4, 2008**
- Opposition served by **April 18, 2008**
- Reply served by **April 25, 2008**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          February 22, 2008

                                                              DENISE COTE
                              United States District Judge