

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 11, 2008


RECEIVED APR 14 2008 CHAMBERS OF DENISE COTE

**BY HAND**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

   Re: *Shalaby v. USCIS*, No. 07 Civ. 9885 (DLC)

Dear Judge Cote:

  On behalf of the Government, I write (i) to inform the Court that Mr. Shalaby has been scheduled for a naturalization interview, and (ii) to respectfully request an adjournment, for that reason, of the briefing schedule. (Copies of the Court's scheduling order and a proposed superseding order are enclosed hereto as Exhibits A and B, respectively.)

  On April 4, 2008, I advised the Court that the FBI had completed the name check and remitted the results to CIS. This week, CIS received the results, obtained updated fingerprints from Shalaby, and scheduled him for an interview on May 19, 2008. Following the interview, CIS will grant or deny Shalaby's naturalization application.

  In light of the foregoing, I have obtained plaintiff's consent to adjourn the current briefing schedule until approximately two weeks after the interview. In all likelihood, CIS will have decided Shalaby's application by then, thereby mooting the petition, which seeks to compel a decision on the application. This is the Government's second request for an extension to time. As set forth in the proposed order, the adjourned dates would be:

- Motion served by June 6, 2008;
- Opposition served by June 20, 2008;
- Reply Served by June 27, 2008.

Granted.
*Denise Cote*
April 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

The Honorable Denise L. Cote
April 11, 2008
Page 2

      Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York

                    By:    */s/ Shane Cargo*
                           SHANE CARGO
                                  Assistant United States Attorney
                                  86 Chambers Street, 3rd Floor
                                  New York, New York 10007
                                  Tel.   (212) 637-2711
                                  Fax   (212) 637-2786

Encls.

cc:      Rakhel Speyer Milstein, Esq.
          ASSADI & MILSTEIN, LLP
          200 West 57th Street, Suite 900
          New York, New York 10019-3211
          Tel.   (212) 981-1981
          Fax   (212) 980-2968

          ***BY FAX AND BY MAIL (w/encls.)***