UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SAMER MOHAMED EL AMIN SHALABY

                                       Plaintiff,

      -against-      USCIS, et al.      07 CIVIL 9885 (DLC)

                                       Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **SHANE PATRICK CARGO**

☐ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: **SALANS**

    To: **U.S. ATTORNEY'S OFFICE, SDNY**

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* **86 CHAMBERS STREET, 3rd FLOOR, NEW YORK, NY 10007**

☒ *Telephone Number:* **212-637-2711**

☒ *Fax Number:* **212-637-2786**

☐ *E-Mail Address:* _____

Dated: **5/9/08**                        /s/ Shane Cargo