

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---



86 Chambers Street, 3rd floor
New York, New York 10007

June 6, 2008

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

**BY HAND**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

Re: *Shalaby v. USCIS*, No. 07 Civ. 9885 (DLC)

Dear Judge Cote:

On behalf of the Government, I write to inform the Court that yesterday, CIS approved Mr. Shalaby's application for naturalization, and he has been scheduled to appear for an oath ceremony on June 27, 2008. Given that Mr. Shalaby's petition sought to compel a decision on the naturalization application, the petition is now moot. I therefore respectfully request that the Court either dismiss the petition or give the parties a reasonable period in which to file a stipulation of dismissal.

Finally, in light of the foregoing, I respectfully request that the Court vacate the briefing schedule governing the motion to dismiss. Thank you for your consideration of these requests.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
SHANE CARGO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax (212) 637-2786

*Granted. The Clerk of Court shall dismiss the complaint and close the case.*

*/s/ Denise Cote*
*June 9, 2008*